**LITTLER MENDELSON, P.C.**
Ivan R. Novich (N.J. Bar No. 038311996)
Rachel Simone Frey (NJ Bar No. 217592017)
One Newark Center, 8th Floor
Newark, New Jersey 07102
P: (973) 848-4700
E: inovich@littler.com
E: rfrey@littler.com
*Attorneys for Defendant*
*Wayfair LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARRYL GAINES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WAYFAIR, LLC and JOHN DOES 1-5 AND 6-10,<br><br>　　　　　Defendant. | Civil Action No. 1:21-cv-15843-KMW-EAP<br><br>**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56**<br><br>**Motion Date: April 1, 2024**<br><br>**Oral Argument Requested**<br><br>*Via ECF* |

**TO:**　Jacquelyn R. Matchett, Esq.
　　　**Costello & Mains, LLC**
　　　**18000 Horizon Way, Suite 800**
　　　**Mt. Laurel, New Jersey 08054**
　　　*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on **April 1, 2024** or as soon as counsel may be heard, Defendant Wayfair LLC (improperly pled as "Wayfair, LLC") ("Defendant"), shall move, under FED. R. CIV. P. 56 and the Local Civil Rules for

1

the United States District Court for the District of New Jersey, and before the United States District Court for the District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an Order granting Defendant's Motion for Summary Judgment and dismissing Plaintiff Darryl Gaines's Complaint against Defendant in its entirety, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, the undersigned attorneys for Defendant shall rely on their concurrently filed supporting brief, supporting Declarations of Rachel Simone Frey, Esq. and Shellie Weber, with attached exhibits, and a separate statement of undisputed material facts.

A proposed form of Order has been concurrently filed.

Dated: March 8, 2024                        Respectfully submitted,

                                            **LITTLER MENDELSON P.C.**

                                            */s/Rachel Simone Frey*
                                            Ivan R. Novich, Esq.
                                            Rachel Simone Frey, Esq.
                                            One Newark Center, 8th Floor
                                            Newark, New Jersey 07102
                                            P: (973) 848-4700
                                            E: inovich@littler.com
                                            E: rfrey@littler.com
                                            *Attorneys for Defendant*
                                            *Wayfair LLC*