**LITTLER MENDELSON, P.C.**
Ivan R. Novich (N.J. Bar No. 038311996)
Rachel Simone Frey (N.J. Bar No. 217592017)
One Newark Center, 8th Floor
Newark, New Jersey 07102
P: (973) 848-4700
E: inovich@littler.com
E: rfrey@littler.com
*Attorneys for Defendant*
*Wayfair LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARRYL GAINES, | Civil Action No. 1:21-cv-15843-KMW-EAP |
| Plaintiff, | **DEFENDANT'S CERTIFICATION OF SERVICE** |
| v. | |
| WAYFAIR, LLC and JOHN DOES 1-5 AND 6-10, | *Via ECF* |
| Defendant. | |

**RACHEL SIMONE FREY**, of full age, hereby certifies as follows:

1. I am an attorney-at-law admitted to practice before the bar of this Court and I am an associate at the law firm of Littler Mendelson, P.C., counsel for Defendant Wayfair LLC ("Defendant"), in the above-captioned action. This certification is based on my personal knowledge.

2. On March 8, 2024, I caused the following documents to be electronically filed with the Clerk, United States District Court, District of

1

New Jersey and served via ECF on Costello & Mains, LLC, counsel for Plaintiff Darryl Gaines ("Plaintiff"):

(a) Defendant's Notice of Motion for Summary Judgment Under FED. R. CIV. P. 56;

(b) Defendant's Brief in Support of Motion for Summary Judgment;

(c) Defendant's' Rule 56.1 Separate Statement of Undisputed Material Facts in Support of Motion for Summary Judgment;

(d) Declaration of Rachel Simone Frey, Esq. in Support of Defendant's Motion for Summary Judgment, with exhibits;

(e) Declaration of Shellie Weber in Support of Defendant's Motion for Summary Judgment, with exhibits;

(f) a Proposed Order; and

(g) this Certification of Service.

3. I certify under penalty of perjury that the foregoing statements made by me are true.

Dated: March 8, 2024      /s/Rachel Simone Frey
                          Rachel Simone Frey, Esq.

4887-5711-6331.1 / 099173-1040